

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　　PLAINTIFF<br>v.<br><br>Angel Javani Duran,<br><br>　　　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>2:19-CR-00651-MWF<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |

　　　Upon joint motion of __the government and defendant__, IT IS ORDERED that a detention hearing is set for __5/24/22__, _____, at __1:00__ ☐ a.m. / ☒ p.m. before the Honorable __J. Choolijian__, in Courtroom __750__.

　　　Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
　　　　　　*(Other custodial officer)*

Dated: __5/10/2022__　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge/Magistrate Judge