FILED
CLERK, U.S. DISTRICT COURT

MAY 2 4 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Case No. CR-19-651-MWF
                                )
                Plaintiff,      )   ORDER OF DETENTION AFTER HEARING
                                )      (Fed.R.Crim.P. 32.1(a)(6)
        v.                      )       18 U.S.C. § 3143(a)
                                )   Allegations of Violations of
Angel Jovani Duran              )   Probation/Supervised Release
                                )              Conditions)
                Defendant.      )
_____ )

        On arrest warrant issued by the United States District Court for

the _____ CDCA _____ involving alleged violations of

conditions of probation/supervised release:

        1.   The court finds that no condition or combination of

             conditions will reasonably assure:

             A.   ( ✓ ) the appearance of defendant as required; and/or

             B.   ( ✓ ) the safety of any person or the community.

///
///
///
///
///

2.   The Court concludes:

A.   ( )  Defendant has failed to demonstrate by clear and
          convincing evidence that he is not likely to pose
          a risk to the safety of any other persons or the
          community.  Defendant poses a risk to the safety
          of other persons or the community based on:

_instant offense allegation; mental_
_health issues_
_____
_____
_____

B.   ( )  Defendant has failed to demonstrate by clear and
          convincing evidence that he is not likely to flee
          if released.  Defendant poses a flight risk based
          on: _instant offense allegation;_
_mental health issues_
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: _5/24/2022_

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge